547 F.2d 942
 FLEET TRANSPORT COMPANY, INC., Plaintiff-Appellant,
v.
GEORGIA PUBLIC SERVICE COMMISSION et al., Defendants-Appellees.
 No. 76-1769
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Feb. 28, 1977.
 Louis C. Parker, III, Atlanta, Ga., for plaintiff-appellant.
 Harold L. Russell, Atlanta, Ga., for Fetz, Inc.
 R. Douglas Lackey, Lois F. Oakley, Asst. Attys. Gen., Arthur K. Bolton, Atty. Gen., Don A. Langham, Deputy Atty. Gen., Michael J. Bowers, Senior Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.
 Before GODBOLD, HILL and FAY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the basis of our opinion in Wells Fargo Armored Service Corp. v. Georgia Public Service Commission, 547 F.2d 938, 1977, No. 76-1866, decided today.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I